**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 17-cv-00949-RM-KLM

ROYAL CREST DAIRY, INC.,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, a corporation,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the December 18, 2017, Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 50) to deny Defendant's "Motion to Disqualify George Keys from Acting as Plaintiff's Appraiser and For Other Relief" (ECF No. 30). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 50 at page 9.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Docket.)

The Court concludes that Magistrate Judge Mix's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also*

*Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) **ADOPTS** the Recommendation of United States Magistrate Judge (ECF No. 50) in its entirety; and

(2) **DENIES** Defendant's Motion to Disqualify George Keys from Acting as Plaintiff's Appraiser and For Other Relief (ECF No. 30).

DATED this 8th day of January, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge